THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. COWEN, Appellant.— Judgment of conviction of the Court of Special Sessions, and order affirmed. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES T. KANDEL, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, on the ground that the evidence of identity is not sufficient to remove a reasonable doubt. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concur; Kelly, J., votes for affirmance.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY KING, Appellant.— Judgment of conviction of the County Court of Richmond county affirmed. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

EMMA M. ROBERTS, as Executrix, etc., of WILLIAM W. W. ROBERTS, Deceased, Appellant, v. THADDEUS DAVIDS INK Co., INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

JAMES ROONEY, an Infant, by WILLIAM ROONEY, His Guardian ad Litem, Appellant, v. WESTCOTT EXPRESS COMPANY, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

FRANK SALVATORE, an Infant, by NICHOLAS SALVATORE, His Guardian ad Litem, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— This was a very close case upon the facts. In submitting to the jury as a question of negligence the motorman's failure to sound bell or gong upon approaching the middle of the block where the accident happened, we think the court erred, although no exception thereto was taken. We, therefore, in our discretion reverse the judgment and grant a new trial, with costs to abide the event, since the above submission, though not excepted to, deprived the defendant of a fair trial. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

NICHOLAS SALVATORE, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— This was a very close case upon the facts. In submitting to the jury as a question of negligence the motorman's failure to sound bell or gong upon approaching the middle of the block where the accident happened, we think the court erred, although no exception thereto was taken. We, therefore, in our discretion reverse the judgment and grant a now trial, with costs to abide the event, since the above submission, though not excepted to, deprived defendant of a fair trial. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

REBECKA SCHNIBBE, Appellant, v. LOUIS SCHNIBBE and Another, as Executors of and Trustees under the Last Will and Testament of LOUIS SCHNIBBE, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Scudder at Special Term. [Reported in 109 Misc. Rep. 382.] Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.